UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PATRICIA PINA,

    Plaintiff,

v.

STEPHEN MATTERN, WILLIAM McCLEAN, EDWARD MURRAY, SCOTT SAUCHUCK, as they constitute the Plympton Board of Appeals, not individually and FRED SVENSON, as he is Building Inspector and Zoning Officer for Plympton and not individually and THE TOWN OF PLYMPTON,

    Defendants.

Case No. 03-11949-NG

## SECOND SUPPLEMENTAL AFFIDAVIT OF PATRICIA RENEE PINA

NOW COMES Patricia Renee Pina under oath saying as follows:

(1) I was born on August 15, 1959 (see attached birth certificate) with a physical condition characterized as, and commonly referred to as "genital ambiguity," in that I had dual sets (i.e. male and female) of genitals. This problem was resolved in my early childhood. I am a woman of Cape Verdean extraction, African-American, who is perceived not to be a woman by persons in positions of power in the Town of Plympton.

(2) Although some of my features, such as my height and deep voice, are abnormal for a female, I am a woman (see attached birth certificate).

(3) At various diverse times in my life, other persons have perceived me to be a male, and these perceptions and mistaken observations have led to harmful remarks, assaultive conduct, exclusion and discrimination.

(4) Upon information and belief the words and conduct of the Town of Plympton officials referred to in my First Supplemental Affidavit are based upon similar misplaced perceptions and have resulted in the discriminatory denial of my plans to move forward with the development of my agricultural business plan.

(5) There is both comparative and circumstantial evidence that decision-makers and individuals in positions of power (individuals responsible for reviewing my plans to move forward with the development of my agricultural plan) in the Town of Plympton have made decisions based on their false perceptions of my sexual orientation and gender.

Signed under the pains and penalties of perjury this 20th day of July 2004.

*Patricia Renee Pina*
Patricia Renee Pina

